IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HRP CREATIVE SERVICES CO., LLC, <br><br> Plaintiff, <br><br> vs. <br><br> FPI MB ENTERTAINMENT, LLC, <br><br> Defendant. | Case No. 09-290 |

**DECLARATION OF JAMES H. POPE**

STATE OF FLORIDA         )
                         )
COUNTY OF ORANGE         )

JAMES H. POPE, being duly sworn, does depose and state:

1. I am the Entertainment Studio Director and a Principal of Morris Architects. I have personal knowledge of the facts set forth in this Declaration and, if called to do so, I could and would testify competently to the same.

2. I have worked for Morris Architects as an architect for over twenty-five years and have specialized in the entertainment design business for over eighteen years and have worked on projects for Disney, Universal and others.

3. In 2001 or 2002, Morris Architects was hired by Cumming McGillivray, LLC to work on the Fantasy Harbour Theme Park project in Myrtle Beach, South Carolina. Greg Damron of Greg Damron Design, Inc. created the Master Plan and original layouts for Fantasy Harbour Theme Park. Upon information and belief, there were funding issue that prevented the Fantasy Harbour project from moving forward. In 2002, the Fantasy Harbour project became the Hard Rock Park

project when Hard Rock Café International (USA), LLC. agreed to license its name and brand to be associated with the Theme Park that Morris Architects and Cumming McGillivray, LLC had already helped design for Fantasy Harbour Theme Park, LLC.

4.  On January 4, 2006 Morris Architects entered into a contract with HRP Myrtle Beach Operations, LLC to assist with further development of the existing theme park.

5.  Ultimately, the creative design of the park was the result of contributions from several individuals representing various companies, including myself, Bill Cunningham, Mike Frohnappel and Todd McCurdy from Morris Architects and Keith Orapeza with Foster Connant & Associates.

6.  Our client was HRP Myrtle Beach Operations, LLC. Based upon information and belief, Steven Goodwin and Jon Binkowski were acting on behalf of HRP Myrtle Beach Operations, LLC. I am not familiar with, and Morris Architects did not have any relationship with, HRP Creative Services Co., LLC.

7.  Much of the design of a theme park is based on a feasibility study, which determines the number of visitors that can be expected, the number of parking spaces needed, the number of restrooms available, and the space needed for the administration and other offices in what is known as the "back of the house," among other things. The layout of the park, i.e., placement of rides and other attractions, buildings and walkways, is dependent upon the space available, site parameters and the information contained in the feasibility study.

8.  It is standard in theme park design to include one or more "icons" in the theme park so that the visitors can easily orient themselves as to their location in the park.

9.  It is also standard in theme park design to create zones within the park that are themed to support the overall flow and theme of the park. Each zone typically contains rides, merchandise,

food, and other attractions styled to align with the theme for that particular zone, as well as general service areas such as rest rooms.

10. The majority of the creative design and features we created for Hard Rock Park were based upon standard design features found in the theme park industry. The layout of the park is circular, has an icon in the form of the lake near the entrance so that visitors will not get lost, and contains themed zones, with each zone having rides, merchandise, food, other attractions, and restrooms. The only non-standard feature of the park was the Hard Rock brand and design elements related to the brand.

_____
James H. Pope

SWORN to before me this

___ day of _____, 2009.

_____
NOTARY PUBLIC FOR FLORIDA
MY COMMISSION EXPIRES:   *JxP.*

*SEE ATTACHED*

**FLORIDA JURAT**                                                                   FS 117.05

State of Florida

County of _Orange_

Sworn to (or affirmed) and subscribed before me this _18_ day of _May_, _2009_,
    Day              Month            Year

by _James H. Pope_
    Name of Person Swearing or Affirming

_Donna Faylo_
Signature of Notary Public

Notary Public – State of Florida

[Notary Seal: Notary Public State of Florida, Donna Faylo, My Commission DD780395, Expires 06/26/2012]

Name of Notary Typed, Printed or Stamped

☑ Personally Known
☐ Produced Identification

Type of Identification Produced _____
Serial No. _____
Date of Issuance/Expiration _____

──────────── OPTIONAL ────────────

Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _Declaration of James H. Pope_

Document Date: _—_         Number of Pages: _3_

Signer(s) Other Than Named Above: _N/A_

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2000 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Prod. No. 5168    Reorder: Call Toll-Free 1-800-876-6827

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2009, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 18, 2009, the foregoing document was sent via electronic mail and Federal Express to the following non-registered participants:

Frank W. Ryan
Tamar Y. Duvdevani
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022-7039

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com