IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HRP CREATIVE SERVICES CO., LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>FPI MB ENTERTAINMENT, LLC,<br><br>    Defendant. | Case No. 09-290 |

**DECLARATION OF IAIN MCGILLIVRAY**

STATE OF SOUTH CAROLINA    )
    )
COUNTY OF HORRY    )

IAIN MCGILLIVRAY, being duly sworn, does depose and state:

1. I have been in the leisure and hospitality development industry over eighteen years. Presently, I am the owner of McGillivray Consulting Group, LLC. As such, I have personal knowledge of the facts set forth in this Declaration and, if called to do so, I could and would testify competently to the same.

2. I worked with Walt Disney Co. from 1991 until 1994 on its second phase of Euro Disney as well as other projects. From 1995 until 1998, I was the Chief Estimator for Universal Studios in Orlando, Florida's Island of Adventures. In my role as Chief Estimator, I was involved daily with creative and project management staff.

3. In 1998, I left Universal and started my own company Cumming McGillivray, LLC. In 2003, the name changed to McGillivray Consulting Group, LLC.

4. McGillivray Consulting Group, LLC, provides project and cost management services for

theme parks, restaurants and other capital construction projects. During the ten years that I have been in the business, I have worked on between fifty and sixty theme park projects throughout the world.

5.  In 2001 I was approached by Jon Binkowski and asked if I would be interested in working on a feasibility study for a project in Myrtle Beach known as Fantasy Harbour Theme Park. The study would include an economic feasibility analysis, initial design, master planning, costing, and scheduling.

6.  The Master Plan and original layout for Fantasy Harbour Theme Park, which became Hard Rock Park, was created by Greg Damron of Greg Damron Design, Inc. From the start, the design of Park was restricted by a building on one end of the property and the lagoon in the center of the property. The decision was made to keep the building, rather than tear it down, and use it as the back of the house. The lake had been there for years and had been used for water skiing exhibitions and other events.

7.  Fantasy Harbour Theme Park, LLC ("FHTP") took the project to MGM, Six Flags, Paramount, and Hard Rock among others. They were unable to obtain the financial backing they needed for the project until 2002, when Hard Rock Café International (USA), Inc. ("Hard Rock International") issued a letter of intent to enter into a license agreement to license the Hard Rock® brand for use in the park. As a result, the project changed from Fantasy Harbour Theme Park to Hard Rock Park.

8.  Once an agreement was reached with Hard Rock International, the owners of the park, which established HRP Myrtle Beach Operations, LLC ("HRP-Myrtle") and other entities, had to secure licenses from third parties, such as Led Zeppelin and the Moody Blues, for use of certain songs and names in the park.

9.     In my early dealings with Steven Goodwin and Jon Binkowski,. I understood them to be employees or representatives of FHTP. Once Hard Rock International came on board and HRP-Myrtle was formed, I understood them to be employees or representatives of HRP-Myrtle. I have never heard of the company HRP Creative Services Co., LLC, and my company was never hired to do any work for this company.

10.    The layout and design of this park was based primarily on a feasibility study describing the number of visitors that were expected, the number of parking spaces needed, the number of restrooms available, and the space needed for the back of the house.

11.    The majority of the design features of the park were based upon standard design features found in the theme park industry. The fact that the park has themed zones, with each zone having rides, merchandise, food, restrooms and related attractions is standard in the industry.

12.    The rides in the park are, for the most part, standard rides that can be purchased by any theme park operator. For example, the Hard Rock Park rides called Magic Mushroom, Slippery When Wet, Just a-Swingin, and All the King's Horses Carousel are all rides that are found in theme parks around the world. The use of on-board audio in roller coasters was, and is, standard in the industry.

13.    What made the park unique was the Hard Rock® brand and related design elements. If you remove the Hard Rock® brand from the park, it is designed like the majority of other parks throughout the world.

14.    Hard Rock Park was open and operated for only one season (April through September) in 2008. In September of 2008, the park closed and the owner, HRP-Myrtle, and other related companies filed bankruptcy.

15.    After FPI MB Entertainment, LLC (FPI-MBE) purchased the park out of bankruptcy in

February of this year, my firm was hired as the Project Manager to oversee the rebranding of the park. FPI-MBE decided not to enter into a license agreement with Hard Rock International, and our first task was to coordinate the removal of the Hard Rock® brand from the park. We removed all signage and merchandise referencing the Hard Rock® name, logo and brand, as well as certain slogans in the park that belong to Hard Rock International.

16. Once the Hard Rock® brand was removed from the park, we began rebranding to give the park a new family friendly look and feel. The park that was operated by HRP-Myrtle in 2008 had adult-elements containing drug and sexual references that FPI-MBE considered inappropriate for children and families. Upon information and belief, these elements were not part of the Hard Rock® brand, but were added by Steven Goodwin and Jon Binkowski as principals of HRP Myrtle.

17. As part of the rebranding, the adult-oriented elements and attractions have been removed from the park, the zones and attractions have been renamed and re-themed, landscaping has been added, new rides have been added, certain attractions have been relocated, and attractions have been repainted and re-themed to give the park an entirely new look and feel.

18. A significant amount of time, effort and funds have gone into rebranding the park, which is scheduled to open Memorial Day weekend. If the park is not able to open as scheduled it will be very detrimental to FPI-MBE.

_____
Iain McGillivray

SWORN to before me this
18th day of MAY, 2009.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: 7/2/09

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2009, I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Maryellen Noreika
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 18, 2009, the foregoing document was sent via electronic mail and Federal Express to the following non-registered participants:

Frank W. Ryan
Tamar Y. Duvdevani
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022-7039

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
gaza@rlf.com